## NORRIS, ET AL. V. NORRIS.

(Decided Feb. 9, 1909.)

APPEAL from Selma City Court.

Heard before Hon. J. W. MABRY.

PETTUS, JEFFRIES & PETTUS, for appellant. DANIEL PARTRIDGE, JR., for appellee.

Per curiam. Appeal dismissed.

---

## SLOCUM V. THE STATE, EX REL. LOMBARD.

(Decided April 8, 1909.)

APPEAL from Baldwin Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

FRANK S. STONE, and WEBB & MCALPINE, for appellant. JOHN E. MITCHELL and LESLIE HALL, for appellee.

Per curiam. Errors confessed and cause reversed and remanded.

---

## SLOSS-SHEFFIELD S. & I. CO. V. SUBURBAN REALTY & I. CO.

(Decided April 7, 1909.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

TILLMAN, GRUBB, BRADLEY & MORROW, for appellant. GEORGE HUDDLESTON, for appellee.

Per curiam. Dismissed by agreement of parties.

---

## TOWN OF FAYETTE V. WALTERS.

(Decided April 22, 1909.)

APPEAL from Fayette Circuit Court.

Heard before Hon. S. H. SPROTT.

No counsel marked for either party.

Per curiam. Affirmed on certificate for want of transcript.